**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 29 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL INDICTMENT |
| | : | NO. 1:12CR0285 |
| JOSHUA THOMAS HILL, | : | |
| FABIAN TERRAN MURRAY, | : | |
| and CLINTON SAINTVIL | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning in or about February 2012, and continuing until on or about February 22, 2012, in the Northern District of Georgia, the defendants, Joshua Thomas Hill, Fabian Terran Murray, and Clinton Saintvil, aided and abetted by N.V., a person whose identity is known to the grand jury, did combine, conspire, confederate, agree, and have a tacit understanding to knowingly and willfully harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, minors under the age of 18 years, including O.M., A.C., and M.Q., knowing and in reckless disregard of the fact that the minors had not attained the age of 18 years and would be caused to engage in commercial sex acts, including by means of force and threats of force, in violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

## OVERVIEW OF THE CONSPIRACY

1.      During the course of the conspiracy, Defendants Joshua Thomas Hill, Fabian Terran Murray, and Clinton Saintvil, aided and abetted by each other, and N.V., a person whose identity is known to the grand jury, used minors, including O.M., A.C., and M.Q., for the purpose of prostitution.

2.      During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray, aided and abetted by N.V., a person whose identity is known to the grand jury, used cellular telephones to post photographs of minors, including O.M., A.C., and M.Q., in escort and erotic classified advertisement sections of Internet websites, including "*Atlanta Backpage*," for the purpose of causing the minors to engage in prostitution.

3.      During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray, aided and abetted by Co-defendant Clinton Saintvil, and N.V., a person whose identity is known to the grand jury, utilized various hotels involved in interstate commerce to cause minors to engage in prostitution, including O.M., A.C., and M.Q..

4.      During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray, aided and abetted by Co-defendant Clinton Saintvil, purchased

condoms that the defendants gave to the minors who the men caused to engage in prostitution, including O.M., A.C., and M.Q..

5. During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray sexually assaulted the minors who the men caused to engage in prostitution, including O.M., A.C., and M.Q..

6. During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray committed acts of violence against the minors who the men caused to engage in prostitution, including O.M., A.C., and M.Q..

7. During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray possessed and displayed a Sig Sauer, .45 caliber pistol in the presence of minors who the men caused to engage in prostitution, including O.M., A.C., and M.Q..

8. During the course of the conspiracy, Defendants Joshua Thomas Hill and Fabian Terran Murray, aided and abetted by Co-defendant Clinton Saintvil and N.V., a person whose identity is known to the grand jury, required that the minors who the men caused to engage in prostitution, including O.M., A.C., and M.Q., give cash the girls earned from prostitution to Defendants Joshua Thomas Hill and Fabian Terran Murray.

## COUNT TWO

1. Paragraphs 1 through 8 of the "Overview of the Conspiracy" in COUNT ONE are re-alleged and incorporated by reference herein.

2. Beginning in or about February 2012, and continuing through on or about February 22, 2012, in the Northern District of Georgia, the defendants, Joshua Thomas Hill, Fabian Terran Murray, and Clinton Saintvil, aided and abetted by each other, and N.V., a person whose identity is known to the grand jury, did knowingly harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, minors under the age of 18 years, including O.M. and A.C., knowing and in reckless disregard of the fact that the minors had not attained the age of 18 years and would be caused to engage in commercial sex acts, including by means of force and threats of force, in violation of Title 18, United States Code, Sections 1591(a) and (b)(1), and Section 2.

## COUNT THREE

1. Paragraphs 1 through 8 of the "Overview of the Conspiracy" in COUNT ONE are re-alleged and incorporated by reference herein.

2. Beginning in or about February 2012, and continuing through on or about February 22, 2012, in the Northern District of Georgia, the defendants, Joshua

about February 22, 2012, in the Northern District of Georgia, the defendants, Joshua Thomas Hill and Clinton Saintvil, aided and abetted by each other, did knowingly harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely M.Q., knowing and in reckless disregard of the fact that M.Q. had not attained the age of 18 years and would be caused to engage in commercial sex acts, including by means of force and threats of force, in violation of Title 18, United States Code, Sections 1591(a) and (b)(1), and Section 2.

## COUNT FOUR

1. Paragraphs 1 through 8 of the "Overview of the Conspiracy" in COUNT ONE are re-alleged and incorporated by reference herein.

2. On or about February 22, 2012, in the Northern District of Georgia, the defendant, Joshua Thomas Hill, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, that is, Possession of Cocaine, on or about January 15, 2009, in the Superior Court of Cobb County, Georgia, did knowingly possess a firearm in and affecting interstate commerce, that is, a Sig Sauer, .45 caliber pistol, bearing serial number G304992, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE PROVISION

As a result of committing one or more of the offenses alleged in Counts One through Three of this Indictment, the defendants, Joshua Thomas Hill, Fabian Terran Murray, and Clinton Saintvil, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 1594(d) and (e), any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts One through Three of this Indictment, including but not limited to:

    (a)    A sum of money representing the amount of proceeds obtained as a result of the offense(s); and

    (b)    One (1) Sig Sauer, .45 caliber pistol, bearing serial number G304992.

Upon conviction of the offenses alleged in Count Four of the Indictment, the defendant, Joshua Thomas Hill, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, any firearm and ammunition involved in the commission of this offense, including, but not limited to:

    (a)    one (1) Sig Sauer, .45 caliber pistol, bearing serial number G304992.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A \_\_\_\_true\_\_\_\_ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 527275
404/581-6280 (telephone)
404/581-6181 (facsimile)

*/s/ Phyllis Clerk*
PHYLLIS CLERK
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 095325


600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6254 (telephone)
404/581-6181 (facsimile)